Toya WILSON, Plaintiff–Appellant,

and

Harry Smith, Plaintiff,

v.

LNV CORPORATION; MGC Mortgage, Inc.; Dovenmuehle Mortgage, Inc.; Hutchens Law Firm, Defendants–Appellees.

No. 15–1304.

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 29, 2015.

Toya Wilson, Appellant Pro Se. Claire Louise Collins, Hilton Terry Hutchens, Jr., Hutchens, Senter, Kellam & Petit, PA, Fayetteville, North Carolina, for Appellees.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toya Wilson appeals the district court's order dismissing her suit pursuant to Fed. R.Civ.P. 12(b)(6) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilson v. LNV Corp.*, No. 7:14–cv–00145–FL (E.D.N.C. Feb. 23, 2015).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*